UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Case No: 2:15-CR-30146
Honorable Robert H. Cleland

GARY MICHAEL FEITEN,

        Defendant.
_____/

MOLLIE E. O'ROURKE
Assistant United States Attorney
U.S. Department of Justice
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9137, Fax (313) 226-2372
Mollie.ORourke@usdoj.gov

RAYMOND A. CASSAR (P36875)
Attorney for Gary M. Feiten
30445 Northwestern Highway, Suite 220
Farmington Hills, Michigan 48334
(248) 855-0911; Fax (248) 855-9523
Ray@crimlawattorney.com
_____/

### ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE

**NOW COMES** the parties, and the Court being otherwise advised in the premises:

**IT IS HEREBY ORDERED** that the requirement of tether is removed from Defendant's order of pretrial release.

**IT IS FURTHER ORDERED** that all other terms and conditions of the Defendant's pretrial release shall remain in full force and effect.

                                                    _____
                                                    Honorable Robert H. Cleland
                                                    United States District Judge

Dated: 25 May 2016